UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
TRUSTEES OF THE UNITED :
HEALTH AND WELFARE FUND; LOCAL :
976, ILA, PRODUCTION, SERVICE & :
WAREHOUSEMEN, :  22-CV-8965 (VSB)
:
　　　　　　　　　　　　Plaintiffs, :  **ORDER**
:
　　　　　　-against- :
:
COPPER SERVICES, LLC, :
:
　　　　　　　　　　　　Defendant. :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

　　　　Plaintiffs filed this action on October 30, 2022, (Doc. 1), and filed an affidavit of service on January 9, 2023, indicating that Defendant was served November 16, 2022 (Doc. 7). The deadline for Defendant to respond to Plaintiffs' complaint was December 7, 2022. (*See* Doc. 7.) To date, Defendant has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 17, 2023. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:　　January 10, 2023
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　VERNON S. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge