UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
TRUSTEES OF THE UNITED                                     :
HEALTH AND WELFARE FUND; LOCAL                             :
976, ILA, PRODUCTION, SERVICE &                            :
WAREHOUSEMEN,                                              :        22-CV-8965 (VSB)
                                                           :
                              Plaintiffs,                  :        **ORDER**
                                                           :
                -against-                                  :
                                                           :
COPPER SERVICES, LLC,                                      :
                                                           :
                              Defendant.                   :
                                                           :
---------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Defendant Copper Services, LLC, with Plaintiffs' consent, requests an extension to file their reply brief on the pending motion to dismiss. (Doc. 18.) While the motion is proper, it appears that Copper Services, LLC, has already filed a reply. (Doc. 19.) Accordingly, by April 26, 2023, Copper Services, LLC, shall file a letter indicating whether it still seeks an extension to file a reply brief, and if so, the impact of that extension and filing on the document filed at Doc. 19.

      Additionally, several items have been filed in this action as motions that do not appear to be moving papers. Accordingly, the Clerk of Court is respectfully directed to close the open motions at Docs. 13, 14, and 19, as well as the open motion at Doc. 18.

SO ORDERED.

Dated:   April 22, 2023
         New York, New York

                                                              VERNON S. BRODERICK
                                                              United States District Judge