UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
TRUSTEES OF THE UNITED HEALTH         :
AND WELFARE FUND *and* LOCAL 976,     :
ILA, PRODUCTION, SERVICE &            :
WAREHOUSEMEN,                          :         22-CV-8965 (VSB)
:
                      Plaintiffs     :         **ORDER**
:
           -against-                        :
:
COPPER SERVICES, LLC,                  :
:
                      Defendant.   :
-------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  January 21, 2025
          New York, New York

                                                                   _____
                                                                     Vernon S. Broderick
                                                                     United States District Judge